**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT WILLIAM LOWE,** | ) NO. CV 20-5906-KS |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER AWARDING |
| v. | ) EQUAL ACCESS TO JUSTICE |
| | ) ACT ATTORNEY FEES AND |
| **KILOLO KIJAKAZI,**[1] | ) EXPENSES PURSUANT TO 28 |
| **Commissioner of Social Security,** | ) U.S.C. § 2412(d) AND COSTS |
| | ) PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses: IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 14, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Kilolo Kijakazi for Andrew M. Saul as the defendant in this action.

-1-